**MARK J. ZANOBINI, ESQ.**  (SBN 121184)
**RENATA L. BOGOMOLNAYA, ESQ.**  (SBN 276350)
LAW OFFICE OF MARK J. ZANOBINI
591 Redwood Highway, Building 4000
Mill Valley, CA  94941-3039
*Telephone:* 415-392-8400
*Facsimile:* 415-520-5998
admin@zanobinilaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CHRISTINE MASCHMEIER and MICHAEL MASCHMEIER, Individually, and as Successors in Interest to EMMA MASCHMEIER; and NANCY TOBIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, a government entity; OPEN DOOR COMMUNITY HEALTH CENTERS; OLIVER L. PUTTLER, JR., MD; ELLEN MARY DRURY, CNM, RN; and DOES 1 through 50, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO.   **1:22-CV-00315**<br><br>*Assigned for All Purposes to:*<br><br>MAGISTRATE JUDGE ROBERT M. ILLMAN<br><br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THERETO**<br><br><br><br>*File:*   01/14/2022<br>*Trial:*    TBD |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the following defendants in the above-captioned action are hereby dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1):

- OLIVER L. PUTTLER, JR., MD;
- ELLEN MARY DRURY, CNM, RN;
- OPEN DOOR COMMUNITY HEALTH CENTERS;  and
- DOES 1 through 50.

DATED:  May 26, 2022        LAW OFFICE OF MARK J. ZANOBINI PC

   /s/ *Mark J. Zanobini*
MARK J. ZANOBINI
RENATA L. BOGOMOLNAYA
 Attorneys for Plaintiffs, ALEXIS CHRISTINE
 MASCHMEIER and MICHAEL
 MASCHMEIER, Individually, and as Successors
 in Interest to EMMA MASCHMEIER; and
 NANCY TOBIN,

DATED:  May  27 , 2022        STEPHANIE M. HINDS
United States Attorney

 /s/ *Adrienne Zack* [1]
ADRIENNE ZACK
Assistant United States Attorney
Attorneys for Defendant THE UNITED STATES

# **ORDER**

Based on the foregoing stipulation, the specified parties in this action shall be, and are hereby, DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED:  May 31, 2022 , 2022

_____
MAGISTRATE JUDGE ROBERT M. ILLMAN
United States District Court

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

MARK J. ZANOBINI, ESQ. (SBN 121184)
RENATA L. BOGOMOLNAYA, ESQ. (SBN 276350)
LAW OFFICE OF MARK J. ZANOBINI
591 Redwood Highway, Building 4000
Mill Valley, CA 94941-3039
*Telephone:* 415-392-8400
*Facsimile:* 415-520-5998
admin@zanobinilaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CHRISTINE MASCHMEIER and MICHAEL MASCHMEIER, Individually, and as Successors in Interest to EMMA MASCHMEIER; and NANCY TOBIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, a government entity; OPEN DOOR COMMUNITY HEALTH CENTERS; OLIVER L. PUTTLER, JR., MD; ELLEN MARY DRURY, CNM, RN; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.   1:22-CV-00315-RMI<br><br>**CERTIFICATE OF SERVICE**<br><br>*File:* 01/14/2022<br>*Trial:*    TBD |

I am a resident of California, over the age of eighteen years, and not a party to the within action. My business address is Law Office of Mark J. Zanobini; 591 Redwood Highway, Building 4000; Mill Valley, CA 94941-3039. On this date, I served the within documents:

☑
- Stipulation of Dismissal and [Proposed] Order there

by electronic service to those listed "via eflex." Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the above-entitled document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indicate that the transmission was unsuccessful.

1  ☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid for Certified Mail – Return Receipt Requested, in U.S. mail in the State of California, addressed as set forth below. I am readily familiar with said law firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service; in the ordinary course of business, correspondence is deposited with the U.S. Postal Service the same day.

☐  by personal delivery by having a true copy of the document(s) listed above enclosed in a sealed envelope and delivered by hand, via a courier service from 591 Redwood Highway, Building 4000; Mill Valley, CA 94941-3039 to the person(s) at the address(es) set forth below.

Stephanie M. Hinds, Esq.
United States Attorney
Adrienne Zack, Esq
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
*T:* 415-436-7031 || *F:* 415-436-6748
adrienne.zack@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on **May 24**, **2022** at Mill Valley, California.

_____
Linda M. Zanobini